MINUTE ENTRY
BERRIGAN, J.
JUNE 9, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WALTER ROY ASWELL, III | CIVIL ACTION |
| VERSUS | NUMBER: 12-0997 |
| JOE CULPEPPER, ETC., ET AL | SECTION: "C" |

JURY TRIAL
Continued from 06/08/2015

**APPEARANCES:** Philip Jeremy Kaplan, Counsel for Walter Roy Aswell, III
Keith M. Detweiler and Joseph James Aguda, Jr., Counsel for Joe Culpepper, Patrick Lyons, Chad Cassard, Lavon Scott Seals and John Summerall

COURT REPORTER:     Terri Hourigan
COURTROOM DEPUTY:   Kimberly County

All present and ready.
Pltf witnesses:     <u>Shane Tucker</u>, sworn, testified.
                    <u>Lance Spiers</u>, sworn, testified.
Pltf offers exhibit 17, deft w/draws prior obj, admitted.
Pltf witness: <u>Sherman Gaspard</u>, sworn, testified.
Pltf offers exhibit 18, deft w/draws prior obj, admitted.
Pltf witness: <u>Kendall Bullen</u>, sworn, testified.
Out of presence of jury:
Pltf advises Court of his intention to use Culpepper's depo for rebuttal testimony, obj by deft - Overruled.
Returned to jury's hearing.
Pltf witness: <u>Joseph Culpepper</u>, sworn, testified.

**CONTINUED ON PAGE 2**

JS-10:  3:53

C.A. 12-0997 "C"  
ASWELL VS. CULPEPPER, ET AL  
JURY TRIAL 6/9/2015  
PAGE 2 OF 2  

Pltf witness:  <u>Shelby Smith</u>, sworn, testified.  
Pltf rests.  
Out of presence of jury:  
Deft mtn for judgment pursuant to Rules 50 and 52, obj stated by pltf -DENIED.  
Returned to jury's hearing.  
Deft witnesses:  <u>Kendall Bullen</u>, previously sworn, testified.  
<u>Joseph Culpepper</u>, previously sworn, testified.  
<u>John Sumrall</u>, previously sworn, testified.  
<u>John Patrick Lyons</u>, previously sworn, testified.  
<u>Lavon Scott Seals</u>, previously sworn, testified.  
<u>Chad Anthony Cassard</u>, previously sworn, testified.  
Deft rests.  
Pltf has no rebuttal.  
Jury excused from courtroom.  
Deft reurges mtn for judgment pursuant to Rules 50 and 52 - DENIED.  
LUNCH:  12:45 p.m. to 2:38 p.m.  
Jury returned to the courtroom.  
Closing arguments made by counsel for the parties.  
Jury charged by the Court.  
Jury retires for deliberation at 3:44 p.m.  
Deft states obj to jury charges.  
Pltf has no obj to jury charges.  
Jury returns from deliberation at 5:51 p.m.  
VERDICT:  See verdict form attached.  
On mtn of pltf, jury polled and all answer in the affirmative.  
Ordered that jury verdict be made judgment of the Court.  
Jury excused with thanks of the Court.  
Court adjourned.