UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WALTER ROY ASWELL, III | CIVIL ACTION |
| VERSUS | NO. 12-997 |
| JOE CULPEPPER, ET AL | SECTION "C" |

## INTERROGATORIES TO THE JURY

*Proceed to Question 1.*

**FEDERAL CONSTITUTIONAL CLAIMS FOR EXCESSIVE FORCE**

1. Do you find that the Plaintiff, Walter Aswell, has proven, by a preponderance of the evidence, that defendants Patrick Lyons, Chad Cassard, Lavon Seals, and/or John Summerall violated Walter Aswell's federal constitutional right to be free of excessive force?

   YES____  NO ✓  Patrick Lyons
   YES____  NO ✓  Chad Cassard
   YES____  NO ✓  Lavon Seals
   YES____  NO ✓  John Summerall

*If you answered "yes" as to any of the defendants above, continue to Question 2. If you answered "No" as to all the defendants above, then skip to Question 3.*

2. For the defendants that you answered "Yes" in Question 1, do you find that their actions were objectively **unreasonable** under the circumstances?

   YES____  NO____  Patrick Lyons
   YES____  NO____  Chad Cassard
   YES____  NO____  Lavon Seals
   YES____  NO____  John Summerall

*Proceed to Question 3.*

**LOUISIANA STATE LAW CLAIMS**

3. Do you find that the plaintiff, Walter Aswell, has proven, by a preponderance of the evidence, that Joe Culpepper is vicariously liable for the actions of Patrick Lyons, Chad Cassard, Scott Seals, and/or John Sumrall?
   YES____   NO ✓

*Proceed to 4.*

4. If you answered "Yes" to questions 2 and/or 3, continue to Question 5. If you answered "No" to **both** of these questions (questions 2 and 3), then proceed no further. Have the Foreperson sign and date this form and notify the Marshall that you have reached a verdict.

*Proceed to Question 5.*

5. For those defendants whom you found liable to plaintiff under federal and/or state law, express in terms of a percentage the amount of fault you attribute to each:

   | | |
   |---|---|
   | Patrick Lyons | _____% |
   | Chad Cassard | _____% |
   | Scott Seals | _____% |
   | John Sumrall | _____% |
   | Joe Culpepper | _____% |
   | *Total* | *100%* |

*Proceed to Question 11.*

6. What sum of money do you find from a preponderance of the evidence to be the total amount of plaintiff's compensatory damages? (indicate dollar amount)
   Physical injury:                                    $_____
   Pain and suffering, including loss of enjoyment of life:
                                                       $_____
   Emotional distress:                                 $_____

SO SAY WE ALL

SIGN AND DATE THIS FORM AND RETURN IT TO THE COURTROOM.

New Orleans, Louisiana, this ___ day of June, 2015.

_____
FOREPERSON