UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WALTER ROY ASWELL, III | CIVIL ACTION |
| VERSUS | NUMBER: 12-0997 |
| JOE CULPEPPER, ROBERT J. CROWE, JOHN DOE, LT. PATRICK LYONS, PFC. CHAD CASSARD, PFC LAVON SCOTT SEALS, AND DEPUTY MARSHALL JOHN SUMMERALL, IN THEIR OFFICIAL CAPACITIES, AND INTERLOCAL RISK MANAGEMENT AGENCY | SECTION: "C" 3 |

**J U D G M E N T**

In accordance with the jury's verdict rendered on June 9, 2015,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants Joe Culpepper, Patrick Lyons, Chad Cassard, Lavon Scott Seals and John Summerall and against plaintiff Walter Roy Aswell, III, DISMISSING plaintiff's complaint against said defendants with prejudice.

Considering the Court's orders granting motions to dismiss, record document number 13 in C.A. 12-0997 and record document number 22 in C.A. 12-0991; accordingly,

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants Robert J. Crowe, Interlocal Risk Management Agency and M. Randall Seal, and against plaintiff Walter Roy Aswell, III, DISMISSING plaintiff's complaint against said defendants without prejudice.

New Orleans, Louisiana, this 10th day of June 2015.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE